UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00314-FDW-DSC

| | | |
|---|---|---|
| GERALD STACY BENNETT, | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CARGO TRANSPORTERS et al., | ) | |
| Defendants. | ) | |

THIS MATTER comes before the Court *sua sponte* concerning the status of this case. On July 22, 2015, Plaintiff filed an Application to Proceed in District Court in forma pauperis ("IFP Application"). (Doc. No. 2). On August 10, 2015, the Court denied Plaintiff's IFP Application and ordered Plaintiff to remit the full filing fee within 20 days. (Doc. No. 3). On September 30, 2015, the Court ordered Plaintiff to show cause for his failure to comply with Order entered on August 10, 2015, or to pay the full filing fee no later than October 14, 2015. (Doc. No. 4). Plaintiff was forewarned that failure to comply with the Order could result in an immediate dismissal of his claims. Plaintiff did not respond to the Court's order and has failed to remit payment.

THEREFORE, it is ORDERED that Plaintiff's claims are DISMISSED without prejudice. The Clerk of Court is respectfully directed to CLOSE THE CASE.

SO ORDERED.

Frank D. Whitney
Chief United States District Judge